JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRAGANA STIJEPOVIC, | NO. CV 13-4427 FMO (RZx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| TARGET STORES, et al., | |
| Defendants. | |

Pursuant to the court's Order Regarding Settlement Conference, filed January 7, 2014, noting that "[a] settlement was achieved[,]" IT IS ORDERED that the above-captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **30 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 9th day of January, 2014.

/s/
Fernando M. Olguin
United States District Judge